IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FREDERICK DWIGHT JONES, AIS #157783, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:21-CV-618-WHA-CSC ) |
| TERRY ANTHONY, et al., | ) ) |
| Defendants. | ) |

## **OPINION**

Now before the Court is the Recommendation of the Magistrate Judge that recommends Plaintiff's Complaint be dismissed prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i-iii). Doc. 4. Plaintiff has filed objections. Doc. 5. Based upon an independent and *de novo* review of those portions of the Recommendation to which objection is made, 28 U.S.C. § 636(b), the Court finds the Recommendation adequately addresses and properly rejects the grounds for Plaintiff's objections without need for further elaboration and that the objections lack merit.

Accordingly, the Court concludes that the objections (Doc. 5) should be OVERRULED and the Recommendation of the Magistrate Judge (Doc. 4) ADOPTED.

An appropriate judgment will be entered.

Done, this 18th day of October 2021.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE