IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FREDERICK DWIGHT JONES, | ) | |
| AIS #157783, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:21-CV-618-WHA-CSC |
| | ) | |
| TERRY ANTHONY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **FINAL JUDGMENT**

In accordance with the Opinion of the Court entered on this date, Final Judgment is entered in favor of Defendants and against Plaintiff, and it is ORDERED as follows:

(1) Plaintiff's Objection (Doc. 5) is OVERRULED.

(2) The Recommendation (Doc. 4) is ADOPTED.

(3) Plaintiff's claims against the Alabama Board of Pardons and Paroles are DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i) and (iii) as this defendant is absolutely immune from suit.

(4) Plaintiff's claims against Judge Johnny Hardwick are DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i), (ii) and (iii).

(5) Plaintiff's claims challenging the fundamental legality of his current incarceration as a parole violator are DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) because such claims currently provide no basis for relief in the instant cause of action.

(6) This case is DISMISSED prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i), (ii) and (iii).

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

Done, this 18th day of October 2021.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE